UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HARRY A. CARDILLO, II, et al.,

                Plaintiffs,

        - against -

AIMEE DOBBINS-CARDILLO, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

05 CV 3781 (RJD) (CLP)

DEARIE, District Judge.

On May 12, 2006, Magistrate Judge Pollak noted that no action had been taken by any party since November 2005, and warned that she would issue a Report and Recommendation proposing that the case be dismissed for lack of prosecution if the parties failed to respond within thirty days. Judge Pollak received no response to her order, and on June 19, 2006, she recommended dismissal of the case. No objections have been filed.

The Court adopts Magistrate Judge Pollak's Recommendation in all respects without qualification. Accordingly, the Court dismisses the case for failure to prosecute.

SO ORDERED.

Dated: Brooklyn, New York
       July _19_, 2006

                                      s/ Judge Raymond J. Dearie

                                      RAYMOND J. DEARIE
                                      United States District Judge